| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name** — Minvest USA LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)** — 45-4371026

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1350 NW 86th St<br>Miami, FL 33147<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Miami-Dade<br>County | Location of principal assets, if different from principal place of business<br>14705 Sailfish Dr. Miami, FL 33158<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor **Minvest USA LLC**      Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor   **Minvest USA LLC** _____   Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

Debtor  **Minvest USA LLC** _____  Case number (*if known*)_____
Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|--|--|--|--|
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Minvest USA LLC**  Case number (*if known*)
          Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 6, 2021**
              MM / DD / YYYY

X **/s/ Geoffroy Lecat**                              **Geoffroy Lecat**
Signature of authorized representative of debtor       Printed name

Title  **Manager**

**18. Signature of attorney**

X **/s/ Mark S. Roher**                              Date  **October 6, 2021**
Signature of attorney for debtor                            MM / DD / YYYY

**Mark S. Roher**
Printed name

**Law Office of Mark S. Roher, P.A.**
Firm name

**1806 N. Flamingo Road**
**Suite 300**
**Pembroke Pines, FL 33028**
Number, Street, City, State & ZIP Code

Contact phone  **(954) 353-2200**    Email address  **mroher@markroherlaw.com**

**178098 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Minvest USA LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Catalina Homeowners Association, Inc. c/o Robert Paige, Registered Agent 9500 South Dadeland Blvd., Suite 5500 Miami, FL 33156** | | **14705 Sailfish Dr. Miami, FL 33158** | **Disputed** | $7,963.97 | $3,101,700.00 | $7,963.97 |
| **Costa Del Sol Association, Inc. c/o Anna Costales-Abiseid 7440 SW 50th Terrace Unit 106 Miami, FL 33155-5255** | | **14705 Sailfish Dr. Miami, FL 33158** | **Disputed** | $14,317.01 | $3,101,700.00 | $14,317.01 |
| **Jade Winds Association, Inc. c/o Peters & Peters, Attorneys at Law 10400 Griffin Road, Suite 108 Miami, FL 33128** | | **14705 Sailfish Dr. Miami, FL 33158** | **Disputed** | $14,317.01 | $3,101,700.00 | $14,317.01 |
| **Lemano Investments LLC c/o Joel Magolnick 3001 SW 3rd Avenue Miami, FL 33129** | | | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Lori Monaco 1350 NW 86th St. Miami, FL 33147** | | | | | | $0.00 |

| Debtor | **Minvest USA LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Montego Bay Homeowners Association, Inc. of Dade County c/o Robert E. Paige, Registered Agent 9500 S. Dadeland Blvd., Suite 550 Miami, FL 33156** | | **14705 Sailfish Dr. Miami, FL 33158** | **Disputed** | **$8,822.48** | **$3,101,700.00** | **$8,822.48** |
| **Old Cutler Lakes By The Bay Community Association, Inc. 18951 SW 106 Ave., Ste. 201 Miami, FL 33157** | | **14705 Sailfish Dr. Miami, FL 33158** | | **$8,911.75** | **$3,101,700.00** | **$8,911.75** |
| **RGF Athena LLC c/o Frederick Woodbridge, Jr. 2655 S. Le Jeune Rd., Ste 543 Miami, FL 33134** | | **14705 Sailfish Dr. Miami, FL 33158** | | **$540,461.00** | **$3,101,700.00** | **$515,683.11** |
| **Simon, Schindler & Sandberg, LLP 2650 Biscayne Blvd. Miami, FL 33137** | | | | | | **$0.00** |

```
Catalina Homeowners Association, Inc.
c/o Robert Paige, Registered Agent
9500 South Dadeland Blvd., Suite 5500
Miami, FL 33156


CCH FL 2 LLC
PO Box 54274
New Orleans, LA 70154


Centennial Bank
c/o Richard L. Barbara, P.A.
224 Palermo Avenue
Miami, FL 33134


Costa Del Sol Association, Inc.
c/o Anna Costales-Abiseid
7440 SW 50th Terrace
Unit 106
Miami, FL 33155-5255


Design Exchange Group
1350 NW 86 St.
Miami, FL 33147


Fox One Group, LLC
c/o Jeffrey Douglas, Esq.
6625 Miami Lakes Drive East, Suite 379
Hialeah, FL 33014


Geoffroy Lecat
1160 NE 87th St.
Miami, FL 33138


Jade Winds Association, Inc.
c/o Peters & Peters, Attorneys at Law
10400 Griffin Road, Suite 108
Miami, FL 33128


Kamarina, LLC
c/o David S. Willig, Esq.
2837 SW 3rd Ave.
Miami, FL 33129
```

Lemano Investments LLC
c/o Joel Magolnick
3001 SW 3rd Avenue
Miami, FL 33129


Lori Monaco
1350 NW 86th St.
Miami, FL 33147


Luisa Novas PA
1723 NW 82nd Ave
Miami, FL 33126


Miami-Dade Tax Collector
200 NW 2nd Avenue
Miami, FL 33128


Mikon Financial and Ocean Bank
780 NW 42 Ave
Suite 300
Miami, FL 33126


Montego Bay Homeowners Association, Inc.
of Dade County
c/o Robert E. Paige, Registered Agent
9500 S. Dadeland Blvd., Suite 550
Miami, FL 33156


Old Cutler Lakes By The Bay Community
Association, Inc.
18951 SW 106 Ave., Ste. 201
Miami, FL 33157


Proximo US, LLC
740 N.W. 24th Street
Miami, FL 33137


RGF Athena LLC
c/o Frederick Woodbridge, Jr.
2655 S. Le Jeune Rd., Ste 543
Miami, FL 33134


SCI Havi
c/o Jaroslawicz Law Offices
1100 N.E. 170th Street
Miami, FL 33162

```
Simon, Schindler & Sandberg, LLP
2650 Biscayne Blvd.
Miami, FL 33137


So Far So Good, LLC
c/o David S. Willig, Esq.
2837 SW 3rd Ave.
Miami, FL 33129
```